IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
FIRST NATIONAL INSURANCE COMPANY  )
OF AMERICA, a Washington          )     CIV. S-04-836 GEB JFM
corporation,                      )
                                  )
                Plaintiff,        )
                                  )     ORDER
        v.                        )
                                  )
MBA CONSTRUCTION, a California    )
corporation doing business as MACK)
CONSTRUCTION; KEVIN D. MACK, an   )
individual; KATIE BAUGH, an       )
individual; and DANNY W. BAUGH,   )
an individual,                    )
                                  )
                Defendants.       )
                                  )
```

        Plaintiff has filed a motion for partial summary judgment scheduled to be heard on May 2, 2005.  Defendants have moved to continue the hearing date on Plaintiff's motion to the middle or end of June 2005 because, on April 26, 2005, trial commenced in "a related action involving the same parties and same subject matter."  (Defs.' Request for Continuance at 1.)  Plaintiff has not opposed Defendants' request.  Therefore, the hearing on the motion is continued to

///

///

///

///

1

1  June 27, 2005, at 9 a.m., and the final pretrial conference is
2  rescheduled to commence on August 29, 2005, at 2:30 p.m.
3       IT IS SO ORDERED.
4  Dated:  April 27, 2005

                    /s/ Garland E. Burrell, Jr.
                    GARLAND E. BURRELL, JR.
                    United States District Judge