IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>MBA CONSTRUCTION, a California corporation doing business as MACK CONSTRUCTION; KEVIN D. MACK, an individual; KATIE BAUGH, an individual; and DANNY W. BAUGH, an individual,<br><br>    Defendants. | CIV. S-04-836 GEB JFM<br><br><u>ORDER</u> |

  On April 27, 2005, the Court continued Plaintiff's motion for partial summary judgment previously scheduled for May 2, 2005, to June 27, 2005.  Plaintiff has filed a motion for reconsideration of that continuance.

  While the Court was busy handling a congested docket, Defendants requested that the hearing on Plaintiff's motion be continued, arguing that the hearing should be continued "because trial of a related action involving the same parties and same subject matter . . . commence[d] on April 26, 2005."[1]  (Defs.' Request for

---

[1]  Defendants' request for a continuance complied with Local Rule
(continued...)

1

1  Continuance at 1.)  Plaintiff did not respond to that request, even
2  though it could have done so at the prescribed time for filing a reply
3  brief.[2]  Therefore, the request was granted.  Plaintiff then filed a
4  motion for reconsideration in which Plaintiff argues "Defendants have
5  improperly alleged untrue facts in their Opposition in order to obtain
6  a continuance" and, in fact, "different contracts and legal issues are
7  at issue [in the trial which commenced April 26, 2005], such that
8  under no circumstances could a result in the trial in that other
9  action be dispositive in any way in the present indemnity
10 action. . . ."[3]  (Pl.'s Mot. for Recons. at 2.)  However, Plaintiff
11 did not explain why it could not have opposed the continuance request
12 in a timely filed reply brief.  Therefore, Plaintiff's motion for
13 reconsideration is denied.
14             IT IS SO ORDERED.
15 Dated:  April 29, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

---

[1](...continued)
78-230(g), which states that "Requests for continuances of hearings on the motion calendar . . . shall be made to the Judge . . . at least five (5) court days prior to the scheduled hearing date."

[2]   Local Rule 78-230(d) states that "Not less than five (5) court days preceding the date of hearing, the moving party may serve and file a reply to any opposition filed by a responding party."

[3]   The motion for reconsideration also appears to contain arguments that should have been set forth in a timely reply brief.  In fact, nearly two-thirds of Plaintiff's fourteen page motion for reconsideration is dedicated to those arguments.

2