IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MBA CONSTRUCTION, a California corporation doing business as MACK CONSTRUCTION; KEVIN D. MACK, an individual; KATIE BAUGH, an individual; and DANNY W. BAUGH, an individual,<br><br>Defendants. | CIV. S-04-836 GEB JFM<br><br>ORDER |

Plaintiff has filed a motion for leave to file a Reply to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment. Because Plaintiff's motion has not been opposed, Plaintiff's Reply which is attached to its motion is deemed filed on May 6, 2005.

IT IS SO ORDERED.

DATED: May 26, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge