IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, | ) ) ) | 2:04-cv-0836-GEB-JFM |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| MBA CONSTRUCTION, et al. | ) ) | |
| Defendants. | ) ) | |

      In an Order filed on July 22, 2005, on Plaintiff's Motion for Partial Summary Judgment for collateralization, the Court found that Plaintiff First National Insurance Company of America is entitled to collateralization in the amount of $77,728.00 from the Defendants MBA Construction, dba Mack Construction ("Mack Construction"), Kevin Mack, Katie Baugh, and Danny Baugh, jointly and severally.  However, the Order failed to set a deadline for the payment.  Therefore, Defendants Mack Construction, Kevin Mack, Katie Baugh, and Danny Baugh, shall collateralize Plaintiff in the amount of $77,728.00, within twenty (20) days of the date of this Order.

      IT IS SO ORDERED.

Dated:  August 11, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge