IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, | ) ) ) | 2:04-cv-0836-GEB-JFM |
| Plaintiff, | ) ) | <u>ORDER</u> |
| v. | ) ) | |
| MBA CONSTRUCTION, et al. | ) ) | |
| Defendants. | ) ) | |

On August 11, 2005, the Court issued an Order denying Plaintiff's application for a temporary restraining order and Plaintiff's request to shorten time on its Application for Right to Attach Order and Order for Issuance of Writ of Attachment.

On August 23, 2005, Plaintiff filed a Request for Hearing or Adjudication on Plaintiff's Application for Right to Attach Order and Order for Issuance of Writ of Attachment, in which Plaintiff states that the Court "did not appear to enter a ruling on the merits of Plaintiff's application . . . and did not specify whether a hearing would be held by the Court on this matter."  Plaintiff requests that the Court set a hearing on Plaintiff's Application.  However, if

1

Plaintiff seeks a hearing on its Application, it must comply with the procedures set forth in the Local Rules.

IT IS SO ORDERED.

DATED: August 23, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge