1  JOSEPH C. MCGOWAN, ESQ. (SBN 166426)
   KIRSTEN A. ROE, ESQ. (SBN 222513)
2  WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
   Citigroup Center
3  One Sansome Street, Suite 1050
   San Francisco, California 94104
4  (415) 623-7000 (Telephone)
   (415) 623-7001 (Facsimile)
5
   Attorneys For Plaintiff
6  First National Insurance Company of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MBA CONSTRUCTION, a California corporation doing business as MACK CONSTRUCTION; KEVIN D. MACK, an individual; KATIE BAUGH, an individual; DANNY W. BAUGH, an individual; and DOES 1 through 25,<br><br>Defendants. | CASE NO.: CIV.S-04-0836 GEB JFM -P<br><br>**STIPULATION AND (PROPOSED) JUDGMENT** |

The parties to this action, plaintiff FIRST NATIONAL INSURANCE COMPANY OF AMERICA ("Plaintiff") and defendants MBA CONSTRUCTION, MACK CONSTRUCTION, KEVIN D. MACK, KATIE BAUGH AND DANNY W. BAUGH (collectively "Defendants") agree to the following STIPULATION AND PROPOSED JUDGMENT, with reference to the following facts:

A. Defendants, on September 2, 2005, made an Offer of Judgment, pursuant to Federal Rule of Civil Procedure 68, which Offer of Judgment stated, "Defendants, MBA Construction dba Mack

1

Construction, Kevin Mack, Katie Baugh, and Danny Baugh hereby offer to allow judgment to be taken against them, joint and severally, the amount of $102,966.00 with recoverable interest, costs and attorney's fees pursuant to Rule 68 of the Federal Rules of Civil Procedure. This Offer of Judgment includes and will satisfy the court order for Defendants to collateralize Plaintiff in the amount of $77,728."

B. It is plaintiff's intent to accept this Offer of Judgment, provided that Plaintiff and Defendants clarify their mutual understanding of its terms. For this purpose, Plaintiff and Defendants stipulate, through their respective attorneys of record, that:

1. Judgment shall be entered in favor of First National Insurance Company against Defendants MBA Construction dba Mack Construction, Kevin Mack, Katie Baugh and Danny Baugh, joint and severally, in the amount of $102,966.00, exclusive of any recoverable interest, costs or attorneys' fees;

2. Plaintiff's claims for interest, costs and attorneys' fees shall each be submitted to the Court pursuant to Local Rules 52-292, 52-293, or as otherwise Ordered by the Court;

3. The submission of this Stipulation and Proposed Judgment waives neither Plaintiff's claims for interest, costs, and/or attorneys' fees, nor Defendants' defenses to said claims for interest, costs and/or attorneys' fees;

4. The Court shall rule on the recoverability of Plaintiff's claims for interest, costs and attorneys' fees pursuant to applicable law, and issue an additional judgment if, and to the extent, the Court finds interest, costs and/or attorneys' fees are recoverable; and

5. The Judgment of the Court, pursuant to this Stipulation and Proposed Order, satisfies the Court's Order of August 12, 2005 for the Defendant's to collateralize Plaintiff in the amount of $77,728.

Dated:_____    _____
Joseph C. McGowan, Esq.
Kirsten A. Roe, Esq.
WATT, TIEDER, HOFFAR & FITZGERALD, LLP
One Sansome Street, Suite 810
San Francisco, CA 94104
Tel: (415) 623-7000
Fax (415) 623-7001
Attorneys for Plaintiff
FIRST NATIONAL INSURANCE COMPANY OF AMERICA

Dated:_____    _____
John E. Cassinat, Esq.
Brian Barrad, Esq.
CASSINAT LAW CORPORATION
4815 Laguna Park Drive, Suite C
Elk Grove, CA 95758
Tel: (916) 393-3030
Fax: (916) 393-4238
Attorneys for Defendants MBA CONSTRUCTION dba MACK CONSTRUCTION, KEVIN D. MACK, KATIE BAUGH, and DANNY W. BAUGH

NOW, THERFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

1. Judgment is hereby entered in favor of First National Insurance Company against Defendants MBA Construction dba Mack Construction, Kevin Mack, Katie Baugh and Danny Baugh, joint and severally, in the amount of $102,966.00, exclusive of any recoverable interest, costs or attorneys' fees;

2. Plaintiff's claim for interest, costs and attorneys' fees shall each be submitted to the Court pursuant to Local Rules 52-292, 52-293, or as otherwise Ordered by the Court;

3. This Judgment waives neither Plaintiff's claims for interest, costs, attorneys' fees, nor any of Defendants' defenses to said claims;

4. The Court shall rule on Plaintiff's claims for interest, costs and/or attorneys' fees pursuant to applicable law, and issue an additional judgment if, and to the extent, the Court finds interest, costs and/or attorneys' fees are recoverable; and

5. This Judgment satisfies the Court's Order of August 11, 2005 for the Defendants to collateralize Plaintiff in the amount of $77,728.

IT IS SO ORDERED.

DATED: September 8, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge