IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Washington corporation, | ) ) ) | 02:04-cv-836-GEB-JFM |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| MBA CONSTRUCTION, a California corporation doing business as MACK CONSTRUCTION; KEVIN D. MACK, an individual; KATIE BAUGH, an individual; and DANNY W. BAUGH, an individual, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Whereas, the parties to this action, Plaintiff FIRST NATIONAL INSURANCE COMPANY OF AMERICA and Defendants MBA CONSTRUCTION DBA MACK CONSTRUCTION, KEVIN D. MACK, KATIE BAUGH and DANNY BAUGH, stipulated to a judgment (the "Stipulation") in the amount of $102,966.00; and

Whereas the Stipulation was entered as the Judgment of the Court on September 8, 2005, (the "Stipulation and Judgment"); and

Whereas, on December 13, 2005, the Court issued an Order awarding: (1) $119,708.73 for attorneys' fees and related expenses, and (2) $13,525.63 for prejudgment interest; and

Whereas, the Clerk of the Court, on January 12, 2006, taxed costs in the amount of $2,090.85; and

Whereas as the Court has been requested to enter a Final Judgment including the amounts awarded in the Stipulation and Judgment, the Order issued December 13, 2005, and the Bill of Costs taxed on January 12, 2006.

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Stipulation and Judgment entered by the Court on September 8, 2005, is hereby amended to add the amounts awarded in the Order issued December 13, 2005, and the Bill of Costs taxed January 12, 2006.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff, FIRST NATIONAL INSURANCE COMPANY OF AMERICA, have and recover from Defendants, MBA CONSTRUCTION DBA MACK CONSTRUCTION, KEVIN D. MACK, KATIE BAUGH and DANNY W. BAUGH, the sum of $237,291.21, which sum includes (1) the $102,966.00 included in the original Stipulation and Judgment, (2) $119,708.73 in attorneys' fees and related expenses, as provided in the Order issued December 13, 2005, (3) $13,525.63 in prejudgment interest as provided in the Order issued December 11, 2005, and (4) $2,090.85 in Bill of Costs taxed by the Clerk on January 12, 2006.

IT IS SO ORDERED.

Dated:  February 16, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge